Prob 35
(3/98)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

FILED BY _____ D.C.

05 AUG 19 AM 6: 52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# United States District Court
## FOR THE

### WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

     v.

Jerry McMichael

Crim. No. 2:03CR20028-01

On June 5, 2002, the above named was placed on Supervised Release for a period of 2 years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervision. It is accordingly recommended that he be discharged from Supervised Release.

Respectfully submitted,

_____
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this _____ 18th _____ day of _____ Aug. _____, 20 05.

_____
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8 - 24 - 05

20

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 20 in
 case 2:03-CR-20028 was distributed by fax, mail, or direct printing on
August 24, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT